

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

August 14, 1962

Major General Thomas S. Bishop
Adjutant General of Texas
Austin, Texas

Dear General Bishop:

Opinion No. WW-1416

Re: Does an appropriation
exist out of which an
injured National Guards-
man, entitled by Article
5945(a), Vernon's Civil
Statutes, may receive
pay and allowances dur-
ing his period of dis-
ability.

It was held in a prior opinion of this office (WW-1390)
that Major Billie G. Hollowell, Texas Air National Guard, was
entitled to receive pay and allowances during his period of dis-
ability, such period not to exceed six (6) months, under the
provisions of Article 5945(a), Vernon's Civil Statutes. You
now ask this office to determine whether an appropriation
exists out of which Major Hollowell may receive the pay and
allowances to which he is entitled.

In the Appropriation Act of the 57th Legislature,
under the heading ADJUTANT GENERAL'S DEPARTMENT, we find the
following:

"...

"6. For medical and hospital service
fees and wages;"

We are not concerned here with medical and hospital service fees,
inasmuch as the Federal government is furnishing those to Major
Hollowell. However, from the linking of the fees and wages in
line item 6, one can only conclude that the Legislature intended
this particular appropriation to cover any expenditures that may
become necessary under Article 5945(a). Further, in Black's Law
Dictionary, 4th Ed., the word "wages" is defined in part as
follows:

". . . Every form of remuneration payable
for a given period to an individual for personal
services, including salaries, commissions, vaca-

tion pay, dismissal wages, bonuses and reasonable value of board, rent, housing, lodging, payments in kind, tips, and any other similar advantage received from the individual's employer or directly with respect to work for him."

We hold that the word "wages," as used in the line item appropriation above quoted includes the pay and allowances to which Major Hollowell is entitled.

## S U M M A R Y

The appropriation made in item 6, ADJUTANT GENERAL'S DEPARTMENT, of the Appropriation Act of the 57th Legislature provides the fund out of which pay and allowances may be paid to a National Guardsman during a period of disability, within the meaning of Article 5945(a), Vernon's Civil Statutes.

Very truly yours,

WILL WILSON
Attorney General of Texas

By: *Malcolm Quick*
Malcolm L. Quick
Assistant

MLQ:mkh:zt

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Bob Shannon
J. C. Davis
J. Arthur Sandlin

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Leonard Passmore